AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

TRI CITY CRAFTS ASSOCIATION,
        Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

AREVA NP, INC,
        Defendant.

CASE NUMBER: CV-06-5065-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered on August 14, 2007 (Ct Rec 61), an arbitrator is to determine whether or not the PTB grievance is arbitrable.

| | |
|---|---|
| August 14, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |